# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW HALL,<br><br>    Plaintiff,<br><br>    v.<br><br>MARLENE ROBICHEAUX-SMITH, et al.,<br><br>    Defendants.<br>_____/ | Case No. 1:14-cv-01890-SKO (PC)<br><br>ORDER GRANTING REQUEST FOR RELIEF FROM RESPONDING TO COMPLAINT PENDING SCREENING AND FOR THIRTY-DAY EXTENSION OF TIME, TO COMMENCE UPON ISSUANCE OF SCREENING ORDER<br><br>(Doc. 2) |

Plaintiff Matthew Hall, a state prisoner proceeding pro se, filed this civil action in Kings County Superior Court on July 10, 2014. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and state law for the violation of his rights; and Defendants Robicheaux-Smith, Graves, and Clark filed a notice of removal on November 25, 2014. 28 U.S.C. § 1441(a).

Defendants' request to be relieved of their obligation to respond to the complaint pending screening by the Court, and for a thirty-day extension of time to respond to the complaint, to commence upon issuance of the screening order, is HEREBY GRANTED. 28 U.S.C. § 1915A. Fed. R. Civ. P. 81(c)(2).

IT IS SO ORDERED.

Dated:  **December 2, 2014**          /s/ Sheila K. Oberto
                                                     UNITED STATES MAGISTRATE JUDGE