1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

10

| MATTHEW HALL, | Case No.  1:14-cv-01890-LJO-SKO (PC) |

11            Plaintiff,                      New Case No.  1:14-cv-01890-LJO-GSA (PC)

12     v.                                     ORDER RELATING CASES AND
                                              REASSIGNING ACTION TO UNITED
13  MARLENE ROBICHEAUX-SMITH, et al.,         STATES MAGISTRATE JUDGE GARY S.
                                              AUSTIN
14            Defendants.
   _____/

15

16        Plaintiff Matthew Hall, a state prisoner proceeding pro se, filed this civil action in Kings

17  County Superior Court on July 10, 2014, and it was removed by Defendants Robicheaux-Smith,

18  Graves, and Clark on November 25, 2014.  28 U.S.C. § 1441.  Plaintiff seeks relief, in relevant

19  part, for the violation of his rights under the First Amendment of the United States Constitution at

20  California State Prison-Corcoran.  42 U.S.C. § 1983.

21        A number of virtually identical actions have been removed to this Court.  28 U.S.C. §

22  1441.  The Court's review of these cases reveals that the instant action is related under Local Rule

23  123 to the action entitled *Sands v. Smith*, 1:14-cv-01780-LJO-GSA (PC).  Both actions are based

24  on the same or substantially similar underlying facts and involve overlapping questions of law and

25  fact.

26        Accordingly, IT IS HEREBY ORDERED that:

27        1.     The Office of the Clerk shall relate this case with case 1:14-cv-01780-LJO-GSA

28               (PC);

2.    This case shall be reassigned to the docket of United States Magistrate Judge Gary S. Austin;

3.    The new case number shall be:

**1:14-cv-01890-LJO-GSA (PC)**

and all future pleadings and/or correspondence must be so numbered; use of an incorrect case number or incorrect judge's initials may result in delay in processing documents and distribution of copies to the judge assigned.

IT IS SO ORDERED.

Dated:   **March 17, 2015**              **/s/ Sheila K. Oberto**
                                           UNITED STATES MAGISTRATE JUDGE