UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW HALL,<br><br>    Plaintiff,<br><br>v.<br><br>MARLENE SMITH, et al.,<br><br>    Defendants. | 1:14-cv-01890-LJO-EPG (PC)<br><br>ORDER TO FACILITATE TELEPHONE CALL |

    Plaintiff, Matthew Hall, is a state prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983.  A settlement conference has been set in this case for September 29, 2016 before Magistrate Judge Barbara A. McAuliffe.  (ECF No. 22.)  In order to adequately prepare for a productive settlement conference, the court will order the Warden and the correctional staff at Valley State Prison (VSP) to facilitate a telephone call between the settlement judge and inmate Matthew Hall (F-95739).

    In accordance with the above, IT IS HEREBY ORDERED that:

1. The Warden, Litigation Coordinator, and other correctional staff as needed at VSP, shall facilitate a telephone call between Matthew Hall and the settlement judge, Magistrate Judge Barbara A. McAuliffe.
2. The telephone call shall be placed on **Friday, September 23, 2016**, to begin at **10:30 a.m**.  Correctional staff shall initiate the phone call.  The number to be dialed can be

1

obtained in advance by contacting Harriet Herman, courtroom deputy for Magistrate Judge McAuliffe, at (559) 499-5788.

3. Failure to comply with this order may result in an order requiring the Warden of VSP, or others responsible for the failure to comply, to appear before the court to show cause why sanctions should not be imposed against them.

4. The Clerk of the Court is ordered to serve this order by facsimile (559) 665-8919 and email on the Warden and Litigation Coordinator at VSP.

IT IS SO ORDERED.

Dated:   **September 15, 2016**         /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE